AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Robert Paul Weinberg ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-CV-11606-WGY |
| Nagina Mangal, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Valerie Stanfill, Ellen Gorman, Robert Mullen, William Fisher, Christopher Maclean, and Aaron Frey.

Date:     07/17/2024

/s/ Kaitlyn M. Husar
*Attorney's signature*

Kaitlyn M. Husar, BBO 695645
*Printed name and bar number*
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333

*Address*

kaitlyn.m.husar@maine.gov
*E-mail address*

(207) 626-8846
*Telephone number*

(207) 287-3145
*FAX number*